UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

| | |
|---|---|
| RYAN O'DELL, | : |
| | : |
|     Plaintiff, | :   Civ. No.    1:22-cv-6825 |
| | : |
| v. | : |
| | : |
| 1LIFE HEALTHCARE, INC., AMIR DAN RUBIN, PAUL R. AUVIL, MARK S. BLUMENKRANZ, M.D., BRUCE W. DUNLEVIE, KALEN F. HOLMES, PH.D., DAVID P. KENNEDY, FREDA LEWIS-HALL, M.D., ROBERT R. SCHMIDT, SCOTT C. TAYLOR, and MARY ANN TOCIO, | : |
| | : |
|     Defendants. | : |

---------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: September 23, 2022                       Respectfully submitted,

                                                                          **MELWANI & CHAN LLP**

SO ORDERED.

                                                                         /s *Gloria Kui Melwani*
                                                                         Gloria Kui Melwani (GM5661)
                                                                         1180 Avenue of the Americas, 8th Floor
                                                                         New York, New York 10036
                                                                         Tel: (212) 382-4620
                                                                         Email: gloria@melwanichan.com

_[signature]_
Hon. Ronnie Abrams                                             *Attorneys for Plaintiff*
09/26/2022